HELEN R. FRAZER          STATE BAR NO. 92627
Chapter 7 Trustee
12800 Center Court Dr., Suite 300
Cerritos, CA 90703
Telephone (562) 653-3200 - (714) 826-5480
Facsimile (562) 653-3772

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>TEMECULA VALLEY BANCORP INC<br><br>Debtor. | CASE NO. 6:09-36828-PC<br>CHAPTER 7<br><br>NOTICE OF ASSET CASE; AND REQUEST TO SET CLAIMS BAR DATE<br><br>(No Hearing Required) |

TO: MICHAEL E. ROTBERG, CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Helen R. Frazer, the duly appointed and acting Chapter 7 Trustee in the above-captioned bankruptcy case, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned bankruptcy cases and appropriate notice should be given to creditors to file claims.

DATED:    January 5, 2010

_____
Helen R. Frazer
Chapter 7 Trustee