Jennifer G. Altman
Boies, Schiller & Flexner LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone (305) 539-8400
Facsimile (305) 539-1307
jaltman@bsfllp.com
Florida Bar No.: 881384

Counsel for Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re<br>TEMECULA VALLEY BANCORP, INC.,<br><br>                     Debtor. | ) Case No.: 6:09-bk-36828-PC<br>)<br>) Chapter 7<br>)<br>) **DECLARATION OF HELEN R. FRAZER**<br>) **IN SUPPORT OF FIRST APPLICATION**<br>) **OF BOIES, SCHILLER AND FLEXNER**<br>) **LLP FOR PAYMENT OF INTERIM FEES**<br>) **AND/OR EXPENSES**<br>)<br>) Judge: The Honorable Deborah J. Saltzman<br>)<br>) Date:  December 2, 2010<br>) Time:  1:30 p.m.<br>) Place:  Courtroom 304<br>)          3420 12th Street<br>)          Riverside, CA 92501-3819 |

I, Helen R. Frazer, declare as follows:

1. I am over 18 years of age, I have personal knowledge of the facts set forth herein and, if called upon as a witness, I could and would competently testify as to all matters stated herein.

2. I am the duly appointed Chapter 7 Trustee of the estate of Temecula Valley Bancorp, Inc. (the "Debtor").

3. I have reviewed the information contained in the *First Application of Boies, Schiller*

1

**DECLARATION OF HELEN R. FRAZER IN SUPPORT OF FIRST APPLICATION OF BOIES, SCHILLER & FLEXNER LLP FOR PAYMENT OF INTERIM FEES AND/OR EXPENSES**

& *Flexner LLP for Payment of Interim Fees and/or Expenses* (including the exhibits thereto, the "Application").

4. I have discussed the Application with Boies, Schiller & Flexner LLP (the "Firm") And have no unresolved objections and approve the amounts sought in the Application. I believe approval of $88,946.00, which is 100% of the total requested fees, and approval of $989.96, which is 100% of the total requested expenses, is appropriate in light of the work performed by the Firm and the status of the case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 14, 2010, at Cerritos, California.

HELEN R. FRAZER

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as <u>Declaration of Helen R. Frazer in Support of First Application of Boies, Schiller & Flexner LLP for Payment of Interim Fees and/or Expenses</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>October 15, 2010,</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

United States Trustee (RS) – ustpregion16.rs.ecf@usdoj.gov
Helen R. Frazer – hfrazer@aalrr.com
Sameer K. Kapoor – skapoor@kilpatrickstockton.com
Marie C. Pollio – bankruptcy@goodwin.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On <u>October 15, 2010,</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Honorable Deborah J. Saltzman
United States Bankruptcy Court
3420 Twelfth Street – Room 304
Riverside, CA 92501

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>October 15, 2010,</u> I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: October 15, 2010 – JENNIFER G. ALTMAN                    Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                    F 9013-3.1.PROOF.SERVICE

| In re:<br>TEMECULA VALLEY BANCORP, INC. | CHAPTER 7 |
|---|---|
| | CASE NUMBER 6:09-bk-36828-DS |

## SERVICE LIST

Creditors:

AT&T Corp, c/o James Grudus Esq.
AT&T Services Inc
One AT&T Way Rm 3A218
Bedminster NJ 07921

Baylake Bank
PO Box 9
Sturgeon Bay, WI 54235-0009

COMPUTERSHARE
ACCT TMCV
4229 Collection Ctr Dr.
Chicago, IL 60693

Federal Deposit Insurance Corporation
c/o Kathryn Amira, Quateman LLP
1801 Century Park East - Ste 1801
Los Angeles, CA 90067

FedEx Customer Information Services
3965 Airways Blvd, Module G, 3rd Floor
Memphis, TN 38116

TEMECULA VALLEY BANCORP ENC
28046 El Rio Road, Ste C
Temecula, CA 92590

TEMECULAVALLEYSTAT TRUST II
USBANK NATASS TEE
225 Asylum St
Goodwin Sq
Hartford, CT 05103

TEMECULAVALLEYSTAT TRUST III
WILMINGTON TRUST COMPANY TEE
1100 N Market Street
Wilmington, DE 19801

TEMECULAVALLEYSTAT TRUST IV
WILMINGTON TRUST COMPANY TEE
1100 N Market Street
Wilmington, DE 19801

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                    F 9013-3.1.PROOF.SERVICE

| In re:<br>TEMECULA VALLEY BANCORP, INC. | CHAPTER 7 |
|---|---|
| | CASE NUMBER 6:09-bk-36828-DS |

TEMECULAVALLEYSTAT TRUST V
WILMINGTON TRUST COMPANY TEE
1100 N Market Street
Wilmington, DE 19801

TEMECULAVALLEYSTAT TRUST VI
WILMINGTON TRUST COMPANY TEE
1100 N Market Street
Wilmington, DE 19801

Texas Comptroller of Public Accounts
Office of Attorney General
Bankruptcy Collections Division
PO Box 12548
Austin TX 78711-2548

Texas Workforce Commission
Regulatory Integrity Division – SAU
Room 556
101 E. 15th Street
Austin, TX 78778-0001

UNITED STATES TRUSTEE
3685 Main Street, Ste 300
Riverside, CA 92501

US BANK NAT ASSO TRUSTEE
1 Federal Street, 3rd Floor
Boston, MA 02110

US Bank National Association
Indenture Trustee and Inst Trustee
Attn James H Byrnes
One Federal Street, Third Floor
Boston MA 02110

Wilmington Trust Company
c/o Todd C. Meyers, Esq.
c/o John C. Mills, Esq.
Kilpatrick Stockton LLP
1100 Peachtree St. NE
Ste 2800
Atlanta, GA 30309

FRANCHISE TAX BOARD
ATTN: BANKRUPTCY
P.O. Box 2952
Sacramento, CA 95812-2952

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                 F 9013-3.1.PROOF.SERVICE

| In re:<br>TEMECULA VALLEY BANCORP, INC. | CHAPTER 7 |
|---|---|
| | CASE NUMBER 6:09-bk-36828-DS |

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Alma Green
43913 Larino Court
Temecula, CA 92592

U.S. Bank National Association
c/o Marie C. Pollio, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103

United States Trustee (RS)
3685 Main Street, Suite 300
Riverside, CA 92501-2804

Debtor:
TEMECULA VALLEY BANCORP INC., a Calif. Corporation
28046 Del Rio Road, Ste C
Temecula, CA 92590

Debtor's Attorney:
Lawrence C. Meyerson
578 Washington Blvd., Ste 867
Marina Del Rey, CA 90292

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    F 9013-3.1.PROOF.SERVICE