# EXHIBIT 1

BIOGRAPHIES OF DANIEL J. BUSSEL, DAVID M. STERN, AND WHITMAN L. HOLT OF KLEE, TUCHIN, BOGDANOFF & STERN LLP

(ATTACHED)



**Bar Admissions**
California

**Court Admissions**

U.S. District Court, Northern District of CA

U.S. District Court, Central District of CA

U.S. District Court, Southern District of CA

U.S. District Court, Eastern District of CA

U.S. District Court, Arizona

1st Circuit Court of Appeals

9th Circuit Court of Appeals

10th Circuit Court of Appeals

11th Circuit Court of Appeals

U.S. Supreme Court

## Daniel J. Bussel
Partner

(310) 407-4015
dbussel@ktbslaw.com

Daniel J. Bussel is a member of KTB&S and a Professor of Law at the UCLA School of Law.

Mr. Bussel received his undergraduate degree from the University of Pennsylvania and law degree from the Stanford Law School where he was the Nathan Abbott Scholar and a member of Order of the Coif. After graduating law school, he served as a law clerk for the Honorable Sandra Day O'Connor and the Honorable Stephen G. Breyer. He then specialized in bankruptcy reorganization law at O'Melveny & Myers where he represented trustees, secured and unsecured creditors, licensees and acquirers of assets from bankruptcy estates.

At the UCLA School of Law Mr. Bussel teaches basic and advanced courses in bankruptcy, commercial law, contracts, and professional responsibility. He has been a visiting professor at the University of Miami Law School and Aoyama Gakuin University in Tokyo, Japan. Mr. Bussel has published numerous scholarly articles, lectured on bankruptcy law and related subjects extensively, and authored leading casebooks in the fields of bankruptcy and contract law.

Mr. Bussel's practice includes representation of debtors (Jefferson County Alabama, Thorpe Insulation Co., Enron Creditors Recovery Corp., Pure Beauty Inc., Fountain View, Inc.), bondholder committees, bankruptcy trustees and creditors committees. His recent creditor representations include Perry Capital, D.E. Shaw Laminar Portfolios, Tennenbaum Capital Partners, Levine Leichtman Capital Partners, Fortress Investment Group, Ableco Finance, and Paramount/Viacom. In addition to the debtor representations listed above, Mr. Bussel has represented key constituents in the recent chapter 11 cases of Lehman Brothers Holdings, IndyMac Bancorp, Washington Mutual, American Suzuki, PG&E National Energy Group, Werner Ladder, ZiLOG, Inc., Malden Mills, Sunterra, Read-Rite, Strouds, and Global Health Sciences, as well as in many out-of-court restructuring and advisory matters. Mr. Bussel has briefed and/or argued appeals before the Supreme Court of the United States, the Ninth Circuit, the Tenth Circuit, the Eleventh Circuit and the Delaware Supreme Court as well as in numerous district court proceedings. Published opinions in which Mr. Bussel served as appellate counsel include Stern v. Marshall (US Supreme Court); In re Penrod (US Supreme Court) (on cert.); Continental Insurance Co. v. Thorpe Insulation Co. (9th Cir. and US Supreme Court) (on cert.); and Motor Vehicle Insurance Co. v. Thorpe Insulation Co. (9th Cir.).

Mr. Bussel has been engaged as an expert consultant and witness in the state and federal courts in California, the New York Supreme Court, the Oregon Public Utilities Commission, the ICC International Court of Arbitration (London) and the Tokyo District Court in a variety of matters related to bankruptcy and commercial law including jurisdictional issues, fraudulent transfer litigation, enforcement of guarantees and other suretyship arrangements and assumption and assignment of executory contracts and leases.

Mr. Bussel is a past President and serves on the Board of Governors of the Financial Lawyers Conference of Los Angeles. He is a fellow of the American College of Bankruptcy and serves on the Advisory Board of the American Bankruptcy Institute Law Review. He has participated on committees and task forces for the American Bar Association, the Los Angeles County Bar Association, and the United States Bankruptcy Court for the Central District of California. Mr. Bussel also serves on the mediation panels for both the Bankruptcy Court and District Court for the Central District of California. He is admitted to practice before all state and federal courts in California, the District of Arizona, and the Courts of Appeals for the First, Ninth, Tenth, Eleventh Circuits and the Supreme Court of the United States.



## David M. Stern
### Partner

(310) 407-4025
dstern@ktbslaw.com

David M. Stern is a founding member of KTB&S.

Mr. Stern is a litigation attorney, specializing in business litigation, bankruptcy, reorganization and creditor's remedies. He has been listed in The Best Lawyers in America since 1995. Mr. Stern has widely written and lectured on issues of federal civil practice and discovery and co-authored the two-volume treatise, California Civil Discovery Practice (1988 and 1998 editions), published by the Continuing Education of the Bar through the University of California. Among his other writings are "Recent Developments in Truth in Lending Class Actions and Proposed Alternatives," 27 Stanford Law Review 101, "Law Firm Bankruptcies," 37 Litigation 8 and "Mediation: An Old Dog With Some New Tricks," 24 Litigation 31.

Mr. Stern served as the 1998-99 President of the Association of Business Trial Lawyers (ABTL) of which he has been a member since 1980. He has twice been a member of the Ninth Circuit Judicial Conference, from 1987 through 1991, serving as Co-Chair in 1990-91. He was reappointed in 2011 and will be serving through 2015. Mr. Stern is also a member of the American Bar Association, the Los Angeles County Bar Association, the Financial Lawyers Conference of Los Angeles and a member of the Board of Directors of Bet Tzedek.

Mr. Stern earned a Bachelor of Arts in Economics cum laude from Columbia University in 1972 and a Juris Doctor from Stanford University Law School in 1975, where he was elected to the Order of the Coif and was a member of the Stanford Law Review. Following law school, Mr. Stern served as judicial law clerk to the Honorable Ben C. Duniway of the United States Court of Appeals for the Ninth Circuit.

Mr. Stern has served as special litigation counsel to the Creditors' Committee in the Chapter 11 cases of National Century Financial Enterprises, Inc., National Energy Gas & Transmission, Inc., Iridium Operating LLC, Pliant Corp. and Adelphia Communications, Corp., as general counsel to the Creditors' Committee in the Chapter 11 cases of First Alliance Mortgage Company, Prandium and Orange Medical Instruments, as appellate counsel to the Debtor in the Chapter 11 case of Computer Communications, Inc., as trial and appellate counsel in connection with the bankruptcy cases of Barry's Jewelers, Inc., Brobeck LLP, Crescent Jewelers, Inc., Dewey & LeBoeuf, LLP, Enron Corp., Heller Ehrman, LLP, IndyMac Bancorp., Jefferson County, Alabama, Lake at Las Vegas Joint Venture LLC, Tronox, Inc., Washington Group, Inc. and Washington Mutual, Inc., as trial counsel in In re San Juan Dupont Plaza Hotel Fire Litigation, MDL No. 721, as creditor's counsel in the Chapter 11 cases of developers Donald Albrecht and H. Frank Dominguez, and as counsel for acquirers in the Chapter 11 cases of GenSci Orthobiologics, Inc., SFS Industries, San Diego Television, Inc. and Santa Monica Beach Hotel, Ltd. Reported cases include LID Acquisition, LLC v. Lake at Las Vegas Joint Venture, LLC (In re Lake at Las Vegas Joint Venture, LLC), 497 Fed. Appx. 709 (9th Cir. 2012); In re Dominguez, 51 F.3d 1502 (9th Cir. 1995); In re Dominguez, 995 F.2d 883 (9th Cir. 1993); In re Recticel Foam Corp., 859 F.2d 1000 (1st Cir. 1988); Computer Communications, Inc. v. Codex Corp., 824 F.2d 725 (9th Cir. 1987); In re Shaw, 16 B.R. 875 (Bankr. 9th Cir. 1982); Siegel v. F.D.I.C., 2012 WL 1951474 (C.D. Cal. 2012) & 2011 WL 2883012 (C.D. Cal. 2011); Enron Corp. v. Citigroup, Inc., (In re Enron Creditors Recovery Corp.), 410 B.R. 374 (S.D.N.Y. 2008); In re Enron Corp., 379 B.R. 425 (S.D.N.Y. 2007); Canada Life Assur. Co. v. Bank of America, 2006 WL 45427 (N.D. Ill. 2006); In re Jefferson County, Ala., 465 B.R. 243, 469 B.R. 92, 474 B.R. 228 & 474 B.R. 725 (Bkcy. N.D. Ala. 2012); In re IndyMac Bancorp, Inc., 2012 WL 103748 (Bkcy. C.D. Cal. 2012); In re Balas, 449 B.R. 567 (Bkcy. C.D. Cal. 2011); In re Adelphia Comm. Corp., 330 B.R. 364 (Bankr. S.D.N.Y. 2005). Mr. Stern has also served as trial or appellate counsel in numerous unreported cases and decisions.

### Bar Admissions
California

### Court Admissions
U.S. District Court, Northern District of CA

U.S. District Court, Central District of CA

U.S. District Court, Southern District of CA

U.S. District Court, Eastern District of CA

1st Circuit Court of Appeals

4th Circuit Court of Appeals

9th Circuit Court of Appeals

11th Circuit Court of Appeals

U.S. Supreme Court

Klee, Tuchin, Bogdanoff & Stern LLP



### Whitman L. Holt
Partner

(310) 407-4055
wholt@ktbslaw.com

Whitman L. Holt is a member of KTB&S.

Mr. Holt attended Bates College, where he received his B.A., *magna cum laude*, in 2002 and was elected a member of Phi Beta Kappa. He then attended Harvard Law School, where he received his J.D., *cum laude*, in 2005 and served as an Editor of the Harvard Journal of Law & Public Policy.

Mr. Holt has represented clients across the bankruptcy spectrum. His work on the side of the debtor or the bankruptcy estate includes representing Fremont General Corporation as a chapter 11 debtor in possession, representing the liquidation trust formed in the Oakwood Homes bankruptcy, representing the chapter 7 trustee of IndyMac Bancorp, Inc., and serving as one of the primary lawyers in KTB&S's ongoing representation of Jefferson County, Alabama in its chapter 9 case. His work on the side of individual creditors includes representing significant debtholders in many of the nation's largest chapter 11 cases, including the Lehman Brothers, Washington Mutual, Enron, Calpine, and Owens Corning bankruptcies. Mr Holt has also represented borrowers in and out of court, debtors subject to involuntary bankruptcy petitions, secured creditors in and out of bankruptcy, hedge and distressed debt funds, equity sponsors, plaintiffs and defendants in bankruptcy-related litigation, and purchasers of assets via chapter 11 plans and section 363 sales. Mr. Holt also has significant experience regarding various alternative insolvency regimes, including bank and thrift receiverships under title 12 of the U.S. Code and proceedings for troubled insurers under state law. Mr. Holt's active bankruptcy-related appellate practice includes briefing multiple matters before the Supreme Court of the United States, including the prevailing merits brief in the landmark *Stern v. Marshall* case.

Mr. Holt is a contributing author to Collier on Bankruptcy, the nation's leading bankruptcy treatise. Mr. Holt is a regular participant in educational seminars and panels regarding bankruptcy and commercial law. He has also guest-lectured about bankruptcy and tax law at the UCLA, USC and Loyola Law Schools. Mr. Holt's professional interests include the interface between credit derivatives and bankruptcy, the outer limits of federal bankruptcy jurisdiction and power, and methods of improving the economic efficiency of chapter 11.

Mr. Holt has repeatedly been recognized as one of the top young corporate bankruptcy and restructuring attorneys in California by Super Lawyers Magazine and by Chambers & Partners. In 2012, Mr. Holt was selected as a member of the inaugural class of delegates to the International Insolvency Institute's NextGen Leadership Program in Paris, France.

Mr. Holt is admitted to practice law before the U.S. District Courts for the Northern, Central, and Southern Districts of California, before the U.S. Courts of Appeals for the Second, Third, Ninth, and Tenth Circuits, and before the Supreme Court of the United States.

**Bar Admissions**
California

**Court Admissions**

U.S. District Court, Northern District of CA

U.S. District Court, Central District of CA

U.S. District Court, Southern District of CA

2nd Circuit Court of Appeals

3rd Circuit Court of Appeals

9th Circuit Court of Appeals

10th Circuit Court of Appeals

U.S. Supreme Court